IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER SAENZ, ) | |
| ) | |
| Petitioner, ) | Case No. CV-07-64-S-BLW |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| STATE OF IDAHO, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Based upon the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action shall be DISMISSED with prejudice.

DATED: **December 4, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**